IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARY W. HOLLOMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-50
)
TERESA WHITE, ROLAND L. SHARPE, )
CHARLES P. ROSE, JR., and MICHAEL )
T. MULDREW, )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation.[1] Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.[2]

SO ORDERED this 19th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's primary objection relies on the erroneous assertion that a grant of parole is equivalent to the vacation of prior conviction. (Doc. 5.) However, it is well-established under Georgia law that this is not the case. See Johnson v. Walls, 185 Ga. 177, 178, 194 S.E. 380, 382 (1937).

[2] As this case is to be closed, all pending motions (Docs. 8, 9, & 10) are **DISMISSED AS MOOT**.